```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14255
   MARTIN CABALLERO
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-0203


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/08/07 and confirmed on 10/04/07.

     2.  The case was dismissed after confirmation, 02/07/2008.

     3.  The Debtor paid a total of $   1620.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MTGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| OPTION ONE MTGE | SECURED | .00 | .00 | .00 |
| OPTION ONE MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| GSAC | SECURED VEHIC | 23240.00 | 168.43 | 1388.08 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SUNBELT CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23240.00 | .00 | .00 | .00 | 23240.00 |
| PRINCIPAL PAID | 1388.08 | .00 | .00 | .00 | 1388.08 |
| INTEREST PAID | 168.43 | .00 | .00 | .00 | 168.43 |
| TOTAL PAID | 1556.51 | .00 | .00 | .00 | 1556.51 |

```
The Debtor's attorney, JAMES YOUNG & ASSOC          , was allowed $   3500.00
and was paid $   600.00   direct and $       .00  through the plan.

The Trustee received $      63.49 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


```
Dated: 05/20/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```